UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY YOUNG LANGFORD,

    Petitioner,

v.                                              Case No. 79-73496

CHARLES ANDERSON,                HONORABLE AVERN COHN

    Respondent.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION (Doc. 18)
## AND
## MOTION TO DISQUALIFICATION (Doc. 17)

I.

Petitioner Terry Young Langford (Petitioner), proceeding pro se, filed a paper styled "Motion for Independent Action" in which he asked the Court to "recall" the Court's 1981 judgment denying his habeas petition and essentially reconsider the Court's denial of his Rule 60(b)(6) motion in 2008. On October 26, 2010, the Court denied the motion. Doc. 14. Petitioner filed a notice of appeal. Doc. 19.

On November 18, 2010, Petitioner filed a motion for reconsideration, Doc. 18, and a motion to disqualify the undersigned, Doc. 17. For the reasons that follow, the motions are DENIED.

II.

Petitioner has a long history of challenging his 1975 state court convictions for first degree murder in the deaths of Brenda Freeman and her son Johnny, for which he

was sentenced to two life terms. The Court set forth the background in its order denying Petitioner's Rule 60(b)(6) motion. See Memorandum and Order filed February 11, 2008. Doc. 4. Some of the history was repeated in the Court's October 26, 2010 order.

III.

As to Petitioner's motion for reconsideration, Petitioner has failed to show that the Court erred in denying his motion for independent action. As such, reconsideration is not warranted. See E.D. Mich. LR 7.1(h)(3).

As to Petitioner's motion to disqualify, Petitioner says the undersigned should be disqualified because of "prejudice." Petitioner's motion fails to establish that disqualification is required or that the Court's impartiality might reasonably be questioned. See 28 U.S.C. § 455(a); Hughes v. United States, 899 F.2d 1495, 1501 (6th Cir. 1990).

SO ORDERED.


Dated: November 30, 2010
S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to Terry Langford, 128945, G. Robert Cotton Correctional Facility, 3500 N. Elm Road, Jackson, MI 49201 and the attorneys of record on this date, November 30, 2010, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160